947 A.2d 1215

IN THE MATTER OF ALAN J. MARICONDA,
AN ATTORNEY AT LAW.

May 30, 2008.

### CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–390, concluding that **ALAN J. MARICONDA** of **PATERSON,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 5.3(a) and (b) (failure to supervise non-attorney employees), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Court having determined from its review of the matter that the appropriate quantum of discipline is an admonition;

And good cause appearing;

It is ORDERED that **ALAN J. MARICONDA** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.